IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNA ELENA KNIGHT, *Individually and as Personal Representative of the Estate of Charles Junior Knight, III, Deceased,* and ALLISON MICHELE GRAY CLARKE, *Individually and as Personal Representative of the Estate of Matthew Clarke, Deceased*, <br><br> Plaintiffs, <br><br> v. <br><br> AVCO CORPORATION, <br><br> Defendant. | No. 4:21-CV-00702 <br><br> (Chief Judge Brann) |

## ORDER

### AUGUST 9, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Avco Corporation's Motion to Exclude Plaintiffs' Experts (Doc. 64) and Motion for Summary Judgment (Doc. 73) are **DENIED**.

2. Plaintiffs Joanna Knight's and Allison Clarke's Motions to Exclude Defense Experts Gregory Feith (Doc. 66) and Timothy Tucker (Doc. 70) are **GRANTED IN PART and DENIED IN PART**.

3. A telephonic status conference will be scheduled with counsel of record by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge