IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNA ELENA KNIGHT, *Individually and as Personal Representative of the Estate of Charles Junior Knight II, Deceased,* and ALLISON MICHELE GRAY CLARKE, *Individually and as Personal Representative of the Estate of Matthew Clarke, Deceased*,<br><br>    Plaintiffs,<br><br>    v.<br><br>AVCO CORPORATION,<br><br>    Defendant. | No. 4:21-CV-00702<br><br>(Chief Judge Brann) |

## ORDER

### SEPTEMBER 18, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Avco Corporation's motion for the application of Maryland law (Doc. 149) is **GRANTED** in part and **DENIED** in part;

2. Maryland law will apply to the issue of contributory negligence and Pennsylvania law will apply to the damages issues.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge